**Order entered January 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01138-CR

### JACOB WILSON, III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17-90023-422-F**

## ORDER

Before the Court is appellant's January 10, 2018 second motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **FEBRUARY 7, 2018**. If appellant's brief is not filed by February 7, 2018, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

/s/      LANA MYERS
          JUSTICE